## Witter *v.* Loffredo, Appellants.

Argued April 16, 1963. Before Ervin, Wright, Woodside, Watkins, Montgomery, and Flood, JJ. (Rhodes, P. J., absent).

*George Raynovich, Jr.,* with him *Silvestri Silvestri,* and *Stone & Silvestri,* for appellants.

*Lawrence N. Ravick,* for appellees.

Opinion per Curiam, June 12, 1963:

The six Judges who heard the argument of this appeal being equally divided in opinion, the final decree of the court below is affirmed.